UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMANDED

BEVERLY HAGERTY, INDIVIDUALLY,
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF TERRENCE
HAGERTY

## SHORT-FORM COMPLAINT

The Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff files this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

            **I.**      **PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF**

     1.      Plaintiff, Beverly Hagerty, ("Plaintiff") brings this action (check the applicable designation):

         ☒ On behalf of herself;

         ☒ In representative capacity as the Personal Representative, on behalf of the injured party, Terrance Hagerty.

1

2. Decedent died on December 28, 2018. At the time of Decedent's death, Decedent was a resident and citizen of LaVista, NE.

If any party claims loss of consortium,

3. Beverly Hagerty, Consortium Plaintiff, alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of La Vista, NE.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in La Vista, NE.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**

   Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Patheon Manufacturing Service LLC; Boehringer Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US Services Inc.; GlaxoSmithKline PLC

   b. **Generic Manufacturers:**

   ANDA Repository LLC; Hi-Tech Pharmacal Co., Inc.; Sun Pharmaceutical Industries Ltd.; Amneal Pharmaceuticals of New York, LLC; Torrent Pharma Inc.; Acic Pharmaceuticals, Inc.; Zydus Pharmaceuticals (USA) Inc.; L. Perrigo Co.; Novitium Pharma LLC; Teva Pharmaceticals U.S.A., Inc.; Taro Pharmaceuticals U.S.A., Inc.; Strides Pharma, Inc.; Emcure Pharmaceuticals Limited; Mylan Pharmaceuticals, Inc.; Glenmark Pharmaceuticals, Inc., USA; Ranbaxy Inc.; Appco Pharma LLC; VKT Pharma Inc.; Hikma Pharmaceuticals USA, Inc. f/k/a/ West-Ward Pharmaceuticals Corp.; Mylan, Inc.; Ani Pharmaceuticals Inc.; Unique Pharmaceutical Laboratories Ltd.; Taro Pharmaceutical Industries, Ltd.; Auro Health LLC; AmeriSource Health Services LLC d/b/a American Health Packaging; Perrigo Company; Heritage Pharma Labs Inc.; Lannett Co., Inc.; Aurobindo Pharma USA, Inc.; Watson Laboratories, Inc.; Sandoz Inc.; Ajanta Pharma USA Inc.; Heritage Pharmaceuticals, Inc.; PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc.; Mylan Institutional LLC; Amneal Pharmaceuticals, Inc.; Hikma Pharmaceuticals International Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd.; Granules USA,

Inc.; J.B. Chemicals and Pharmaceuticals Ltd.; Actavis Mid Atlantic LLC; Apotex Corporation; Contract Pharmacal Corp.; Perrigo Research &amp; Development Company; Dr. Reddy's Laboratories Inc.; Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceuticals Inc.; Teva Pharmaceutical Industries, Ltd.; Par Pharmaceutical Inc.; Wockhardt USA LLC; Methapharm, Inc.; Amneal Pharmaceuticals LLC; Nostrum Laboratories Inc.

c. **Distributors:**

Chattem, Inc.; McKesson Corporation; Cardinal Health, Inc.

d. **Retailers:**

Hy-Vee, Inc.; Walgreens Boots Alliance, Inc.; Walgreen Co.; Wal-Mart; Rite Aid Corporation

e. **Repackagers:**

Aurobindo Pharma USA, Inc.; Mylan, Inc.; Wockhardt USA LLC; Dr. Reddy's Laboratories Inc.; Apotex Inc.; Geri-Care Pharmaceuticals Corp.; Strides Pharma, Inc.; Novitium Pharma LLC; Lannett Co., Inc.; Amneal Pharmaceuticals of New York, LLC; Golden State Medical Supply, Inc.; L. Perrigo Co.; Zydus Pharmaceuticals (USA) Inc.; Strides Pharma Global Pte. Ltd.; Glenmark Pharmaceuticals Ltd.; Mylan Pharmaceuticals, Inc.; Aurobindo Pharma, Ltd.; Perrigo Company, PLC; Strides Pharma Science Ltd.; Wockhardt USA, Inc.; Apotex Corporation; Glenmark Pharmaceuticals, Inc., USA; Precision Dose Inc.; Amneal Pharmaceuticals, Inc.; VKT Pharma Inc.; Perrigo Company; Cadila Healthcare Limited; Dr. Reddy's Laboratories, Ltd.; Granules USA, Inc.; Ajanta Pharma USA Inc.; AmeriSource Health Services LLC d/b/a American Health Packaging; Mylan Laboratories Ltd.; VKT Pharma Private Ltd.; Ajanta Pharma Ltd.; Perrigo Research &amp; Development Company; Dr. Reddy's Laboratories SA; Granules India, Ltd.; Geri-Care Pharmaceuticals Corp.; Nostrum Laboratories Inc.; Denton Pharma Inc. d/b/a Northwind Pharmaceuticals; Amneal Pharmaceuticals LLC; Wockhardt, Ltd.; Auro Health LLC; Glenmark Generics Ltd.; Mylan Institutional LLC

f. **Others Not Named in the MPIC:**

Walgreens Boots Alliance, Inc.; AmerisourceBergen Corporation; Walmart Inc. f/k/a Wal-Mart Stores, Inc.

### C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

   District of Nebraska

8. Jurisdiction is proper upon diversity of citizenship.

### II.   PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☒ By prescription

   ☒ Over the counter

*10.* The Injured Party used Zantac and/or generic ranitidine from approximately January 2001 to August 2018.

### III.   PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific types of cancer:

| Cancer Type | Approximate date of diagnosis |
| --- | --- |
| Esophageal/throat/nasal cancer | November 2018 |
| Brain Cancer | November 2018 |
| Liver cancer | November 2018 |
| Lung cancer | November 2018 |
| Stomach cancer | November 2018 |
| Other cancer: Bone | November 2018 |
| Death (caused by cancer) | December 28, 2018 |

4

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☒ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: Neb. Rev. Stat. § 59-1601 through 59-1623 |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | XII | UNJUST ENRICHMENT |
| ☒ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☒ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI, Count XVII or Count XVIII is alleged, additional facts supporting the claim(s):

_____
_____
_____

### V.   JURY DEMAND

14.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

### VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

/s/Trevor Gordon     12/23/2020

Trevor M. Gordon, Esquire
Gordon & Partners, P.A.
4114 Northlake Boulevard
Palm Beach Gardens, Florida 33410
TGordon@fortheinjured.com
(561) 799-5070

6